946

No. 71–1247. Nix v. Grand Lodge of the International Association of Machinists & Aerospace Workers. C. A. 5th Cir. Certiorari denied.

No. 71–1269. Ungar et al. v. Leff, Justice, et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 71–1282. Gianone v. California. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 71–1328. Langhorne v. Langhorne et al. Sup. Ct. Va. Certiorari denied.

No. 71–5966. Mitchell v. Allen, Sheriff. Sup. Ct. App. W. Va. Certiorari denied.

No. 71–5985. Kanter v. Florida. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 71–5992. Pickett v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 71–6034. Sinibaldi v. New York. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 71–6056. Gibson v. Wainwright, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 71–6119. Reagan v. United States. C. A. 6th Cir. Certiorari denied.

No. 71–6182. Moore v. United States. C. A. 6th Cir. Certiorari denied.